94–1356. State ex rel. Almond v. Court of Appeals, Eighth Dist. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–1368. State ex rel. Ross v. Fu. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–1369. State ex rel. Haley v. Eighth Ohio Dist. Court of Appeals. In Procedendo. On complaint in procedendo by Stephen T. Haley. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, J., dissents and would grant an alternative writ.

94–1370. State ex rel. Chitwood v. Ghee. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–1442. State ex rel. Ward v. Friedland. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–1450. Jerningham v. Eighth Dist. Court of Appeals. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–1461. State ex rel. Ballew v. Wilkerson. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–1508. State ex rel. Fears v. Ghee. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would grant an alternative writ.

## MOTION DOCKET

93–175. Cleveland Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, Nos. 90–K–102 and 90–K–103. On motion to strike. Motion denied.

93–1170. State ex rel. Normand v. Plummer. In Mandamus. On motion for relief from judgment. Motion denied.

93–1811. State ex rel. Martines v. Cleveland City School Dist. Bd. of Edn. *Cuyahoga County,* No. 64837. On motion for leave to reply to additional authorities. Motion granted.

MOYER, C.J., and DOUGLAS, J., dissent.

93–2276. Galayda v. Lake Hosp. Sys., Inc. *Cuyahoga County,* No. 63151. On motion for leave to file supplemental brief. Motion denied.

WRIGHT and PFEIFER, JJ., dissent.

93–2374. Chan v. Miami Univ. *Franklin County,* Nos. 93AP–213 and 93AP–309. On motion for leave to file reply to NOW's *amicus* brief. On motion denied.

WRIGHT, J., dissents.

93–2476. Pitts v. Mobile Tank Car Serv., Inc. *Cuyahoga County,* Nos. 62927, 62928 and 62929. On motion to dismiss. Motion denied.

WRIGHT, J., dissents.

93–2496. LiTel Telecommunications Corp. v. Tracy. Board of Tax Appeals, No. 91–A–1524. On motion to strike. Motion granted.

A.W. SWEENEY and PFEIFER, JJ., dissent.